RECEIVED

JUN 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **EDWARD ALLEN COWARD** | * | **CIVIL ACTION NO. 04-2124** |
| **VERSUS** | * | **JUDGE JAMES** |
| **GLORIA DICKENS, ET AL** | * | **MAGISTRATE JUDGE HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to dismiss for failure to state a claim upon which relief can be granted filed by the United States in this matter (Document No. 8) is hereby GRANTED, and the plaintiffs' claims against the United States are DISMISSED with prejudice.

THUS DONE AND SIGNED this _22_ day of _June_____, 2005 in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION