RECEIVED
IN MONROE, LA

JAN 0 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA


**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | | |
|---|---|---|
| EDWARD ALLEN COWARD and LARRY W. RANCHER | * | CIVIL ACTION NO. 04-2124 |
| | * | JUDGE JAMES |
| VERSUS | | |
| | * | MAGISTRATE JUDGE HAYES |
| GLORIA DICKENS, ET AL | | |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered,

together with the written objections thereto filed with this Court, and, after a *de novo* review of

the record, finding that the Magistrate Judge's Report and Recommendation is correct and that

judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the plaintiffs' Motion

for Summary Judgment (Document No. 31) is hereby **DENIED.**

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the

defendants' Motion for Summary Judgment (Document No. 34) is hereby **GRANTED and that**

**this matter be dismissed with prejudice at defendants' cost as the plaintiffs' claims for**

**declaratory and injunctive relief under the Voting Rights Act are MOOT, and no claim for**

**damages exists under any theory of recovery alleged.**

THUS DONE AND SIGNED this 9 day of January, 2006, in

Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION